Richard **FOXHILL** and Anna Foxhill as Co–Administrators of the Estate of Richard A. Foxhill, Deceased and in their own right, Appellants,

v.

Shawn **MARLOWE** and Liberty Auto Tags and Eileen M. Nicholson and Carango Motors.

Supreme Court of Pennsylvania.

Argued Dec. 8, 1997.

Decided Jan. 7, 1998.

David A. Jaskowiak, Glenside, for Richard & Anna Foxhill.

John J. Hart, Doylestown, for Eileen Nicholson & Liberty Auto Tags.

Gerald J. Cohen, Philadelphia, for Carango Motors.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIGRO, J., dissents.

---

**In re Jeffrey BLOCKER.**

**Appeal of COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Dec. 10, 1997.

Decided Jan. 7, 1998.

Catherine Marshall, Hugh J. Burns, Jr., Philadelphia, for the Commonwealth.

Jeffrey S. Jacobson, John S. Kiernan, New York City, for amicus Pa. State University, Temple University, University of Pa., and University of Pittsburgh.

Gerald McGrath, Philadelphia, for Jeffrey Blocker.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.